UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL HOLZMEYER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:12-cv-01737-SEB-DML |
| WALGREEN INCOME PROTECTION PLAN FOR PHARMACISTS AND REGISTERED NURSES, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court having this date granted the Plaintiff's motion for summary judgment, the Defendant's termination of disability insurance benefits to the Plaintiff is REMANDED for further consideration consistent with this Court's entry on the parties' motions for summary judgment.

IT IS SO ORDERED.

Date: _____9/4/2014_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bridget L. O'Ryan
O'RYAN LAW FIRM
boryan@oryanlawfirm.com

Eric P. Mathisen
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
eric.mathisen@ogletreedeakins.com

Mark E. Schmidtke
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
mark.schmidtke@ogletreedeakins.com

Kimberly A. Jones
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.-Chicago
kimberly.jones@ogletreedeakins.com