UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL HOLZMEYER, | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-01737-SEB-DML |
| WALGREEN INCOME PROTECTION PLAN FOR PHARMACISTS AND REGISTERED NURSES, | ) |
| Defendant. | ) |

**AMENDED FINAL JUDGMENT**

The Court having in its Order of September 4, 2014 [Docket No. 34] GRANTED the Plaintiff's motion for summary judgment, the Defendant's termination of disability insurance benefits to the Plaintiff is REMANDED for further consideration consistent with this Court's entry on the parties' motions for summary judgment on Plaintiff's ERISA claim.

The Court having in its Order issued this same day GRANTED Defendant's motion for summary judgment on its Counterclaim for recovery of overpayment, Judgment is hereby entered in favor of Defendant and against Plaintiff in the amount of $23,709.33.

IT IS SO ORDERED.

Date: 9/16/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bridget L. O'Ryan
O'RYAN LAW FIRM
boryan@oryanlawfirm.com

Eric P. Mathisen
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
eric.mathisen@ogletreedeakins.com

Mark E. Schmidtke
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
mark.schmidtke@ogletreedeakins.com

Kimberly A. Jones
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.-Chicago
kimberly.jones@ogletreedeakins.com